■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MELENDEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on February 16, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Lupiano, Bloom and Carro, JJ.

■ HYMAN WILLENSKY et al., Respondents, v VICTOR BRILL et al., Appellants.—Order, Supreme Court, New York County, entered on June 21, 1979, unanimously affirmed, without costs and without disbursements. The appeal from the order entered on September 10, 1979, is dismissed, without costs and without disbursements, as said order is nonappealable. No opinion. Concur—Birns, J. P., Sandler, Ross, Markewich and Silverman, JJ.

■ In the Matter of ANDREW R. DAVIS, Appellant, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 5, 1979, unanimously affirmed, without costs and without disbursements, for reasons expressed by Egeth, J., at Special Term. Concur —Birns, J. P., Sandler, Ross, Markewich and Silverman, JJ.

■ In the Matter of HERBERT H. WEITZ, for Reinstatement to the Bar. —Motion for reinstatement denied. Concur—Murphy, P. J., Kupferman, Markewich, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY JOHNSON, Appellant.—Motion for reargument granted, and upon reargument this court's order entered on March 13, 1980 [74 AD2d 1005] is vacated, and determination of the appeal held in abeyance pending receipt of defendant's supplemental brief. Argument of the appeal will not be heard until the records forwarded to defendant are returned to the clerk of this court. Concur—Murphy, P. J., Ross, Lupiano, Silverman and Carro, JJ.

■ In the Matter of GEORGE C. FINDLAY, for Reinstatement to the Bar. —Motion for reinstatement granted only to the extent of directing a reference as indicated in the order of this court and holding all further proceedings in abeyance until receipt and consideration of the reference report. Concur—Fein, J. P., Sullivan, Lupiano, Silverman and Carro, JJ.

(May 6, 1980)

■ In the Matter of LOUIS PELLETTERRI, Petitioner, v IRVING LANG et al., Respondents.—Application unanimously denied and the petition dismissed without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Sullivan, Lupiano and Carro, JJ.

■ EDWARD RAGER, Petitioner, v MARTIN EVANS et al., Respondents.— Application unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur— Murphy, P. J., Kupferman, Birns, Lupiano and Bloom, JJ.